498

State v. Pomroy .................................. 29688    12/26/2012   Affirmed